IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLA SELF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-220-SM |
| | ) |
| KILOLO KIJAKAZI, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court, having considered Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42. U.S.C. § 405(g), Doc. 18, hereby REVERSES the Defendant Commissioner's decision in this matter and REMANDS the case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), as set forth below. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand, the agency will vacate the administrative law judge's decision and conduct further administrative proceedings. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

**SO ORDERED** this 23rd day of September, 2022.

                                                _____
                                                SUZANNE MITCHELL
                                                UNITED STATES MAGISTRATE JUDGE